order, but dissents from the affirmance of the judgment and votes for reversal and a new trial upon the ground that the determination is against the weight of the evidence.

ANNA O. CORDUA and HARRY E. STAM, Executors, etc., of ELIZABETH O. S. ANDREWS, Deceased, MARY A. BRISTOW, EDWARD W. SIMMS, PAULINE S. SHEPARD, ROGER O. SIMMS, JOSEPHINE S. BRISTOW, WILLIAM H. SIMMS, GARDINER O. SIMMS and HELEN SIMMS BOWLES, Appellants, v. AIMEE S. GUGGENHEIM, NORTH SHORE-SANDS POINT CORPORATION, Respondents, and Others, Defendants.— In this action asking relief in the form of a declaratory judgment decreeing that the plaintiffs have an easement or right of way over property of one of the defendants to Long Island Sound, and asking further that the defendants be restrained from interfering therewith, judgment dismissing the complaint was, on motion, granted under rule 112 of the Rules of Civil Practice. Judgment unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

COUNTY OF NASSAU, Plaintiff, v. CITY OF LONG BEACH, CHARLES GOLD and Others, Constituting the Council of the City of Long Beach, and AUGUST N. GANDIA, as Treasurer of the City of Long Beach, Respondents; ALVIN S. HUTCHINSON, Appellant.— Order denying appellant's motion to intervene as a party defendant in an action between the county and the city affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Johnston and Adel, JJ., concur.

COUNTY OF NASSAU, Appellant, v. CITY OF LONG BEACH, CHARLES GOLD and Others, Constituting the Council of the City of Long Beach, and AUGUST N. GANDIA, as Treasurer of the City of Long Beach, Respondents.— The action is brought by the county of Nassau to recover from the city of Long Beach a balance of unpaid State and county taxes for the year 1926 and the years 1928 to 1934, inclusive, and interest on such balance from 1927 to 1933, inclusive. Judgment modified by striking therefrom all provisions relating to installment or partial payments and the provision restraining the county from enforcing the judgment, and as so modified the judgment is unanimously affirmed, without costs. Appeal from decision dismissed. In our opinion the court was without power to impose conditions with respect to the manner or period in which the judgment was to be paid. (*Matter of O'Connell* v. *Gold*, 243 App. Div. 812; 244 id. 726.) Assuming the county is entitled to question the constitutionality of the statute (Laws of 1933, chap. 594), we hold it is valid. (*Genet* v. *City of Brooklyn*, 99 N. Y. 296; *People* v. *Fitch*, 148 id. 71; *People ex rel. Clark* v. *Gilchrist*, 243 id. 173.) Conclusions of law numbered 8, 9 and 10 are reversed. Present — Lazansky, P. J., Young, Hagarty, Johnston and Adel, JJ.

FRANCESCO CUIFFO and AGNES CUIFFO, Respondents, v. DONALD J. WALKER, Defendant, and JOHN J. SLATTERY, Appellant.— Order denying motion of defendant Slattery to dismiss the action for want of prosecution, without prejudice to a renewal in the event plaintiffs fail diligently to proceed to trial, affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ., concur.

DANIEL F. DESMOND, Respondent, v. LOWELL J. WHITEFORD, Appellant.— Action to recover damages for personal injuries. Order granting defendant's motion to dismiss the complaint unless the case is noticed for the June term affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ., concur.